[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 21-12699

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

DWAYNE CESPEDES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:18-cr-00208-SCB-AEP-1

_____

Before WILSON, NEWSOM, and BRASHER, Circuit Judges.

PER CURIAM:

Shehnoor Kaur Grewal, appointed counsel for Dwayne Cespedes in this appeal from the revocation of supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cespedes's revocation of supervised release and sentence imposed upon revocation are **AFFIRMED**.